**DENY and Opinion Filed April 6, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00305-CV

## IN RE HOLLY BONE, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13719**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

In this mandamus proceeding, relator challenges the trial court's April 6, 2022

order granting real parties' "Motion for Leave to File Trial Amendment to Amend

Second Amended Petition for Fraudulent Transfer, Application for Temporary

Restraining Order, and Temporary Permanent Injunction." The complained-of order

requires relator to electronically transfer funds from three named accounts as well

as from any undisclosed account into the registry of the court.

Entitlement to mandamus relief requires relator to show that the trial court

clearly abused its discretion and that she lacks an adequate appellate remedy. *In re*

*Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

"Those seeking the extraordinary remedy of mandamus must follow the applicable

procedural rules. Chief among these is the critical obligation to provide the reviewing court with a complete and adequate record." *In re Le*, 335 S.W.3d 808, 813 (Tex. App—Houston [14th Dist.] 2011, orig. proceeding).

Here, the only document provided in support of the petition is the complained-of order. That order indicates the trial court conducted an evidentiary hearing. Without a transcript of that hearing, and without a copy of the motion and any evidence produced in support of that motion, relator has failed to meet her burden to supply this Court with an adequate record. We deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220305F.P05